DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
ESTANISLAO MARTINEZ-BLANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO. 2:11-cr-0149-KJM |
|                                     ) | |
|                  Plaintiff,         ) | |
|                                     ) | **STIPULATION AND ORDER; CONTINUING STATUS** |
|       v.                            ) | **CONFERENCE AND EXCLUDING TIME** |
|                                     ) | |
| ESTANISLAO MARTINEZ-BLANCO,         ) | Date: May 26, 2011 |
|                                     ) | Time: 10:00 a.m. |
|                  Defendant.         ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ESTANISLAO MARTINEZ-BLANCO, that the status conference hearing date of May 26, 2011 be vacated, and the matter be set for status conference on June 9, 2011 at 10:00 a.m.

        The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 9, 2011 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

```
DATED:  April 19, 2011.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender

                                              /s/ Courtney Fein
                                           COURTNEY FEIN
                                           Assistant Federal Defender
                                           Designated Counsel for Service
                                           Attorney for:
                                           ESTANISLAO MARTINEZ-BLANCO

DATED:  April 19, 2011.                    BENJAMIN WAGNER
                                           United States Attorney

                                              /s/ Michele Beckwith
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff
```

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 26, 2011, status conference hearing is RESET for June 9, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 9, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

2