1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 (916) 498-5700

5 Attorney for Defendant
ESTANISLAO MARTINEZ-BLANCO
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | ) NO. CR.S-11-149-KJM |
| 11   Plaintiff, | ) |
| 12   v. | ) **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| 13 ESTANISLAO MARTINEZ-BLANCO, | ) |
| 14   Defendant. | ) Date: July 7, 2011 |
| 15 _____ | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |

16   IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

18 Plaintiff, and COURTNEY FEIN, attorney for ESTANISLAO MARTINEZ-BLANCO, that

19 the status conference hearing date of June 9, 2011 be vacated, and the matter be set for status

20 conference on July 7, 2011 at 10:00 a.m.

21    The reason for this continuance is to allow defense counsel additional time to review

22 the discovery, consult with her client, examine possible defenses, and continue investigating

23 the facts of the case. Based upon the foregoing, the parties agree that the time under the

24 Speedy Trial Act should be excluded from the date of signing of this order through and

25 including July 7, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to

26 prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

27

28

| | |
|---|---|
| DATED:  June 2, 2011. | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Public Defender<br><br>/s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for:<br>ESTANISLAO MARTINEZ-BLANCO |
| DATED:  June 2, 2011. | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Michele Beckwith<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 9, 2011, status conference hearing be continued to July 7, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 7, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 2, 2011.

_____
UNITED STATES DISTRICT JUDGE